United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>      v.<br><br>NORTH BAY WATERPROOFING, INC.,<br><br>        Defendant.<br>_____/ | No. C-12-3339 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Docket No. 14)** |

Pending before the Court is Plaintiff's unopposed motion for leave to file a first amended complaint (FAC) to add Opus West as a defendant in this suit for declaratory judgment. *See* Fed. R. Civ. P. 15(a)(2). The original complaint was filed on June 28, 2012 and named only North Bay Waterproofing ("North Bay") as a defendant. North Bay has not appeared in this action, and default was entered by the Clerk's office on August 21, 2012. Docket No. 12. Plaintiff has the right to file a first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). Moreover, Plaintiff is entitled under Rule 15(a)(2) to amend the complaint "when justice so requires."

Plaintiff's original complaint states that it is not naming Opus West as a defendant because of a bankruptcy stay then in effect. King Decl. Ex. 1 at 3. That stay was lifted to permit Plaintiff to file an amended complaint adding Opus West in this action on September 5, 2012. King Decl. ¶ 20. There is therefore good cause for the amendment.

///

///

1   Plaintiff's motion for leave to file a first amended complaint is **GRANTED.** The previously
2   set October 26, 2012 hearing on this motion is therefore **VACATED.**
3   This order disposes of Docket No. 14.

5   IT IS SO ORDERED.

7   Dated: October 4, 2012

_____
EDWARD M. CHEN
United States District Judge

2