GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Andrew J. King (Bar No. 253962)
aking@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Plaintiff
ATAIN SPECIALTY INSURANCE COMPANY
f/k/a USF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan corporation,,<br><br>Plaintiff,<br><br>v.<br><br>NORTH BAY WATERPROOFING, INC., a California corporation; OPUS WEST CONSTRUCTION CORPORATION, a Minnesota corporation<br><br>Defendants. | Case No. 3:12-cv-03339-JST<br><br>[PROPOSED] JUDGMENT<br><br>Judge: Hon. Jon S. Tigar |

On April 30, 2013, the Court issued an Order Granting Summary Judgment in favor of plaintiff Atain Specialty Insurance Company ("Atain") and against defendants North Bay Waterproofing, Inc. ("North Bay") and Opus West Construction Corporation ("Opus West"). (Docket 47.) For the reasons set forth in the Court's Order Granting Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is hereby entered in favor of Plaintiff Atain and against defendants North Bay and Opus West.
[PROPOSED] JUDGMENT                                                    CASE NO. 3:12-CV-03339-JST

2. The "Total Residential Exclusion" contained in each of the Atain policies clearly and explicitly excludes coverage for residential projects, and the plain meaning of "residential" in the exclusion includes within it the apartment complex located at 3680 Kelsey Knolls, Santa Rosa, California (the "Subject Property"), property that is the subject of claims asserted in the underlying action styled *STRS v. Alcal/Arcade Contracting, Inc., et al.,* Case No. SCV-246738 pending in the Superior Court of California, County of Sonoma (the "*STRS* Action").

3. The "Total Residential Exclusion" contained in each of the Atain policies therefore applies to exclude coverage and any potential for coverage of the claims asserted against North Bay and Opus West in the *STRS* Action.

4. Accordingly, Atain has no duty to defend or indemnify North Bay or Opus West under Atain Policy Nos. PRB12342, PRB12676, or PRB12952 with respect to the claims asserted in the action styled *STRS v. Alcal/Arcade Contracting, Inc., et al.,* Case No. SCV-246738 pending in the Superior Court of California, County of Sonoma or which arise out of the construction of the Subject Property.

**IT IS SO ORDERED.**

Dated: May 6, 2013

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE